1  CHRISTOPHER CHIOU
2  Acting United States Attorney
   District of Nevada
3  Nevada Bar No. 14853

4  ALLISON J. CHEUNG, CSBN 244651
   Special Assistant United States Attorney
5  160 Spear Street, Suite 800
   San Francisco, California 94105
6  Telephone: (415) 977-8911
   Facsimile: (415) 744-0134
7  E-Mail: allison.cheung@ssa.gov

8  Attorneys for Defendant

9

10

11                    **UNITED STATES DISTRICT COURT**

12                         **DISTRICT OF NEVADA**

13  DANIEL NAHOURAII,                    )
                                         )  Case No.: 3:21-cv-00456-WGC
14           Plaintiff,                  )
                                         )  **ORDER GRANTING UNOPPOSED MOTION**
15       vs.                             )  **FOR EXTENSION OF TIME TO FILE**
                                         )  **CERTIFIED ADMINISTRATIVE RECORD**
16  KILILO KIJAKAZI,                     )  **AND ANSWER**
    Acting Commissioner of Social Security, )
17                                       )  (*FIRST REQUEST*)
             Defendant.                  )
18  _____  )

19

20

21

22

23

24

25

26

1    Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by

2  and through her undersigned attorneys, hereby moves for a 30-day extension of time to file the Certified

3  Administrative Record (CAR) and answer to Plaintiff's Complaint.  The CAR and answer to Plaintiff's

4  Complaint are due to be filed by January 7, 2022.  This is the Commissioner's first request for an

5  extension of time.  In support of this request, Defendant states the following:

6          1.      The COVID-19 pandemic significantly impacted Defendant's operations, and particularly

7  the Office of Appellate Operations (OAO).[1]  Beginning in mid-March 2020, OAO's staff members began

8  to telework to protect employee health and prevent the spread of COVID-19.  As a result, critical in-person

9  physical tasks associated with preparing CARs could not be accomplished.  To ensure continuity of

10  operations, OAO redesigned its business practices to allow for a mostly virtual preparation process.  The

11  transition required, among other things, OAO to modify and test technology, retrain staff, and modify

12  blanket purchasing agreements with the transcription typing services relied upon to prepare transcripts of

13  agency hearings.  OAO has continued to innovate in order to improve productivity.

14          2.      In addition to the impact the COVID-19 pandemic has had on physical operations, a major

15  contributing factor to OAO operations was a substantial increase in district court filings.  New case receipts

16  during the last quarter of FY 2020 and the first quarter of FY 2021 increased (on average) to 2,257 case

17  receipts per month, as compared to 1,458 per month for the same period one year before.

18          3.      As of the end of September 2021, OAO had approximately 1,500 pending new court cases,

19  representing a decrease in the backlog of more than 9,500 cases since January 2021.

20          4.      There remains, however, a backlog of cases to be processed, including this case.  The

21  undersigned has communicated with OAO on the CAR in this case, and OAO informed the undersigned

22  that the CAR will not be completed by the current deadline.  OAO believes a 30-day extension will be

23  sufficient to complete the record in this case.

24  //

25

---

26  [1] OAO is based in Falls Church, Virginia, and is the office responsible for physically producing the certified administrative records for cases nationwide that are filed under Sections 205(g) and (h) of the Social Security Act, 42 U.S.C. § 405(g) and (h).

Unopposed Mot. for Ext.; No. 3:21-cv-00456-WGC  1

1   Accordingly, Defendant requests an extension in which to respond to the Complaint until

2   February 7, 2022.  If Defendant is unable to produce the certified administrative record necessary to file

3   an Answer in accordance with this Order, Defendant shall request an additional extension prior to the due

4   date.

5   On December 17, 2021, the undersigned conferred with Plaintiff's counsel, who has no opposition

6   to the requested extension.

7   It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR

8   and answer to Plaintiff's Complaint, through and including February 7, 2022.

9

10   Dated:  December 20, 2021

11                                                                     CHRISTOPHER CHIOU
                                                                       Acting United States Attorney

12                                                                     /s/ *Allison J. Cheung*
                                                                       ALLISON J. CHEUNG
13                                                                     Special Assistant United States Attorney

14

15

16

17                                                                     IT IS SO ORDERED:

18                                                                     William G. Cobb
                                                                       _____
                                                                       UNITED STATES MAGISTRATE JUDGE

19
                                                                       DATED:  December 20, 2021
20                                                                     _____

21

22

23

24

25

26